**DISMISS and Opinion Filed June 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-19-00433-CV
_____

## IN THE INTEREST OF T.S., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-00246**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

By notice of appeal filed April 15, 2019, Father challenges the trial court's April 2, 2018 final decree of divorce. Because the notice of appeal was filed more than a year after the judgment was signed, we questioned our jurisdiction over the appeal. *See* TEX. R. APP. P. 26.1 (generally, notice of appeal must be filed within thirty days of date of judgment); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). We directed Father to file a letter brief addressing our concern and cautioned him that failure to comply by May 13, 2019 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c). To date, Father has not responded.

Having nothing before us demonstrating our jurisdiction, we dismiss the appeal.  *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190433F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.S., A CHILD

No. 05-19-00433-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-17-00246.
Opinion delivered by Chief Justice Burns, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Taronica Shrae Reed recover her costs, if any, of this appeal from appellant Terry Starks.

Judgment entered June 5, 2019.